**UNITED STATES DISTRICT COURT,**
**DISTRICT OF KANSAS**
**WICHITA COURTHOUSE**

| | |
|---|---|
| LINDA DOUSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-cv-1188-MLB-DWB |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

LINDA DOUSAY (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, INC., (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Beaumont, Jefferson County, Texas.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a Virginia Corporation with a business office in Hutchinson, Reno County, Kansas.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see photos of Caller ID attached as group Exhibit A).

13. Defendant calls Plaintiff at 409-861-2529.

14. Defendant calls Plaintiff from 757-961-3548 (see group Exhibit A).

15. Defendant failed to provide Plaintiff a debt validation letter.

16. Defendant calls Plaintiff and hangs up without leaving a voicemail message.

17. Defendant calls Plaintiff and does not provide meaningful disclosure of the caller's identity.

18. Plaintiff sent Defendant a cease and desist letter certified mail with return receipt on April 01, 2009 (see Exhibit B).

19. Defendant received Plaintiff's cease and desist letter (see Exhibit B).

20. Defendant continues to call Plaintiff even though Defendant was informed by Plaintiff to cease and desist all communications and Defendant was aware of Plaintiff's request (see group Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

21. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(c)* of the FDCPA by communicating, in connection with the collection of Plaintiff's alleged debt, after being notified in writing that Plaintiff wishes the debt collector to cease further communication with the Plaintiff.

    b. Defendant violated *§1692c(c)(1)* of the FDCPA by communicating with Plaintiff after being notified in writing that Plaintiff wishes the debt collector to cease further communications and failing to advise Plaintiff that Defendant's further efforts are being terminated.

    c. Defendant violated *§1692c(c)(2)* of the FDCPA by communicating with Plaintiff after being notified in writing that Plaintiff wishes the debt collector to cease further communications and failing to notify Plaintiff that Defendant may invoke special remedies.

    d. Defendant violated *§1692c(c)(3)* of the FDCPA by communicating with Plaintiff after being notified in writing that Plaintiff wishes the debt collector to cease further communications and failing to notify Plaintiff that Defendant intends to invoke a specified remedy.

    e. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

  f. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls to Plaintiff without meaningful disclosure of the caller's identity because Defendant calls Plaintiff and hangs up without leaving a voicemail message.

  g. Defendant violated *§1692e(10)* of the FDCPA by using false representations and deceptive means in an attempt to collect a debt because Defendant calls Plaintiff and hangs up without leaving a voicemail message.

  h. Defendant violated *§1692e(10)* of the FDCPA by using false representations and deceptive means in an attempt to collect a debt because Defendant calls Plaintiff after being notified in writing that Plaintiff wishes Defendant to cease further communications with Plaintiff.

22. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit C).

WHEREFORE, Plaintiff, LINDA DOUSAY, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, INC., for the following:

23. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

24. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

25. Actual damages,

26. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

27. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:____s/ _____Patrick         Cuezze___ _____
[ ] Patrick Cuezze
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602
(816) 931-0911 (direct)
e-mail: pcuezze@consumerlawcenter.com

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, LINDA DOUSAY, demands a jury trial in this case.

COURT DESIGNATION

PLEASE TAKE NOTICE that Plaintiff, LINDA DOUSAY, requests that the court designates the Wichita Courthouse to handle this matter.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, LINDA DOUSAY, states the following:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LINDA DOUSAY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

6/12/09
Date

_Linda Dousay_
LINDA DOUSAY

## EXHIBIT A







**EXHIBIT B**

April 1, 2009

Linda Dousay
7487 Shady Lane
Beaumont, TX 77713

Portfolio Recovery Associates, Inc.
120 Corporate Boulevard
Norfolk, Virginia 23502

Ref: Capital One

Dear Debt Collector:

Pursuant to my rights under federal debt collection laws, I am requesting that you **cease and desist communication with me on my job or in my home**, in relation to this and all other alleged debts you claim I owe.

You are hereby notified that if you do not comply with this request, I will immediately file a complaint with the Federal Trade Commission and the Texas Attorney General's office. Civil and criminal claims will be pursued.

Sincerely,

Linda Dousay
Linda Dousay

FAXED
JUN 02 2009

This is not
A valid debt!
Faxed 6/2/09
757-518-1773

# **EXHIBIT C**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — **YES** NO
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — **YES** NO
8. Feelings of hopelessness, pessimism — **YES** NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** NO
11. Thoughts of death, suicide or suicide attempts — **YES** NO
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — **YES** NO
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _Confusion, Not sure who to trust_

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 6/12/09

_Linda Dousay_
Signed Name

_Linda Dousay_
Printed Name