# UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS WICHITA COURTHOUSE

| | |
|---|---|
| LINDA DOUSAY,                )<br>                                              )<br>         Plaintiff,               )<br>                                              )<br>         vs.                          )         No. 09-CV-01188<br>                                              )<br>PORTFOLIO RECOVERY ASSOCIATES )<br>INC.,                                    )<br>                                              )<br>         Defendant.             ) | |

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff,  LINDA DOUSAY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                                Respectfully Submitted,

DATED: November 19, 2009          KROHN & MOSS, LTD.

                                      By: ___/s/ Patrick Cuezze_____
                                             Patrick Cuezze
                                             KROHN & MOSS, LTD.
                                             Attorney for Plaintiff
                                             120 W. Madison St., 10th Fl.
                                             Chicago, Illinois 60602
                                             (312) 578-9428